# Exhibit A

Amazon.com - Report Infringement



# Report Infringement

ⓘ If you are a rights owner with a registered trademark, you may be eligible to enroll your brand in the Amazon Brand Registry. Amazon Brand Registry provides access to powerful tools including proprietary text and image search, predictive automation based on your reports of suspected intellectual property rights violations, and increased authority over product listings with your brand name. To learn more and start the enrollment process, click here.

ⓘ **NEW!** If you want to retract a previously submitted complaint, you can now do so using the Retraction Form.

## Sign in Required



## About Amazon's Report Infringement Form

Amazon's Report Infringement form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements such as copyright and trademark concerns. If you are not an intellectual property rights owner or their agent, Amazon will not be able to process complaints submitted through this form. Please report your concerns to Amazon through the appropriate venue:

- Sellers may use this contact us form to report inappropriate listings, other sellers, policy violations, etc.
- Buyers may use this contact us form to report problems with orders, seller policy violations, etc.

## We Do Not Enforce

**Detail Page Ownership and Image Restrictions:** When a detail page is created, it becomes a permanent catalog page on Amazon.com that will remain even if the creator's inventory sells out. Additionally, when you add your copyrighted image to a detail page, you grant Amazon and its affiliates a non-exclusive, worldwide, royalty-free, perpetual, irrevocable right to exercise all rights of publicity over the material.

Other sellers can list their items for sale against pages that you have created or added your copyrighted images to. However, we do require sellers to list only against detail pages that exactly match their items. If you believe sellers are listing against detail pages that do not exactly match their items, we ask that you report the violation directly by using the contact us form.

If your copyrighted image has been added to our catalog without your consent, please complete the form below.

**Exclusive or Selective Distribution:** Amazon respects a manufacturer's right to enter into exclusive distribution agreements for its products. However, violations of such agreements do not constitute intellectual property rights infringement. As the enforcement of these agreements is a matter between the manufacturer and the retailers, it would not be appropriate for Amazon to assist in enforcement activities.

Please review the Amazon Intellectual Property Policy to learn more about different infringement types.

## Allegation of Infringement

Are you the Rights Owner or an Agent?
○ Rights Owner   ○ Agent

The primary complaint pertains to
[ copyright concerns - unauthorized use of copyrighted material such … ▾ ]

The specific concern is
[ the physical product or its packaging includes unauthorized copyrigh… ▾ ]

Name of Brand
[                                                  ]

Please provide one of the following:
A written description of the copyrighted work
[                                                  ]

-OR-

A link to the copyrighted work

Copyright registration # (optional)
A US copyright registration number should be 12 characters without spaces or hyphens. Examples: VA0123456789, VAU000123456, TX0001234567, or SR0000123456.

Additional Information

1000

The ASIN (Amazon Standard Identification Number) or the URL of each product you are reporting. You can report up to 50 products for the same specific concern in 1 form. If you have different concerns to report, please submit 1 form for each concern.

ASIN/ISBN-10  -OR-  Product URL

GO!

**Your Contact Details**

This is the contact **Amazon** will use.

Are you a seller on Amazon?
◯ Yes    ◯ No

First Name

Last Name

Company(Optional)

Address Line 1

Address Line 2(Optional)

City

State(Optional)

CA

ZIP Code

Country/Region

United States ⌄

Phone Number

**Secondary Contact Details**

The contact details which we will provide to **Third Party Sellers** (if relevant) for queries regarding this notification.

Name

# Amazon.com - Report Infringement

**E-mail Address**

**Statements**

"I have a good faith belief that the content(s) described above violate(s) my rights described above or those held by the rights owner, and that the use of such content(s) is contrary to law."

"I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the owner or agent of the owner of the rights described above."

"I understand that, if accepted, the information included in this report may be shared by Amazon with all the reported sellers, with the exception of any order ID number(s)."

☐ I have read and accept the statements above.

Submit

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates