# Exhibit B

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, December 21, 2021 01:01 PM |
| **To:** | shan.zhulaw@gmail.com |
| **Cc:** | shan.zhulaw@gmail.com |
| **Subject:** | OFFICIAL USPTO NOTICE TERMINATION FOLLOWING SANCTIONS |

# OFFICIAL USPTO NOTICE
# TERMINATION FOLLOWING SANCTIONS

**U.S. Application Serial No.** 90193573
**Mark:** SIDESK
**Owner:** JIAO, XiaoLong
**Docket/Reference No.** sha2001

**Issue Date:** December 21, 2021

**The above identified trademark application has been terminated** following an Order for Sanctions issued by the United States Patent and Trademark Office (USPTO) on December 10, 2021.

In the Order for Sanctions, the USPTO determined that submission(s) made in connection with this application were in violation of the USPTO's trademark rules of practice and website terms of use and ordered the entry of sanctions, including termination of this application. Termination was ordered to deter and remedy the improper conduct at issue, which invalidated the entire application. The conduct involved a pattern of circumventing the USPTO's rules and/or submission of a verified document signed by someone other than the named signatory or by an unauthorized signatory rendering it invalid.

Prior to this determination, the USPTO issued a Show Cause Order providing the entities and individuals responsible for making the improper submissions an opportunity to explain why the USPTO should not enter the proposed sanctions. Because the respondent(s) did not submit an adequate response to the Show Cause Order, the USPTO issued the Order for Sanctions.

**In accordance with the Order for Sanctions, the application is terminated**. No further action will be taken in this application. The USPTO will not refund any filing fees.

**If you believe the inclusion of this application in the Order for Sanctions was due to process error**, you may file a **Petition to the Director** to exercise supervisory authority to restore the application to pendency and proceed with examination.

**You may file a new application for registration of your trademark**. The USPTO strongly recommends that the application be filed by a U.S.-licensed attorney with expertise in handling trademark matters before the USPTO.

**For additional information**, visit the USPTO's website, which includes resources about hiring an attorney, scam awareness, potentially misleading solicitations, excluded parties, sanction orders, or contact the USPTO's Trademark Assistance Center (TAC) 1-800-786-9199 (select option 1).
**To view this notice, relevant orders, and other documents for this application online**, go to the USPTO's Trademark Status and Document Retrieval (TSDR) system.