# Exhibit D

# diethugs.com
whois information

[ Whois ] [ DNS Records ] [ Diagnostics ]

cache expires in and 0 seconds
↻ refresh

## Registrar Info

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Whois Server | whois.godaddy.com |
| Referral URL | https://www.godaddy.com |
| Status | clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited<br>clientRenewProhibited https://icann.org/epp#clientRenewProhibited<br>clientTransferProhibited https://icann.org/epp#clientTransferProhibited<br>clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited |

## Important Dates

| | |
|---|---|
| Expires On | 2023-12-21 |
| Registered On | 2021-12-21 |
| Updated On | 2021-12-21 |

## Name Servers

| | |
|---|---|
| NS05.DOMAINCONTROL.COM | 97.74.102.3 |
| NS06.DOMAINCONTROL.COM | 173.201.70.3 |

## Similar Domains

dieth-drucklufttechnik.de | dieth-klimek.net | dieth-schroeder.de | dieth.biz | dieth.ch | dieth.co.il | dieth.com | dieth.de | dieth.info | dieth.net | dieth.org | dieth20.com | dieth2o.com | dieth2o.org | dieth5.net | dietha.com | diethabbits.com | diethabersham.com | diethabit.com | diethabits.com

## Registrar Data

We will display stored WHOIS data for up to 30 days.
↻ refresh

🔒 Make Private Now

```
Registrant Contact Information:
    Name                Registration Private
    Organization        Domains By Proxy, LLC
    Address             DomainsByProxy.com
    Address             2155 E Warner Rd
    City                Tempe
    State / Province    Arizona
    Postal Code         85284
    Country             US
    Phone               +1.4806242599
    Fax                 +1.4806242598
    Email               Select Contact Domain Holder link at https://www.godaddy.com/whoi

Administrative Contact Information:
    Name                Registration Private
    Organization        Domains By Proxy, LLC
    Address             DomainsByProxy.com
    Address             2155 E Warner Rd
    City                Tempe
    State / Province    Arizona
    Postal Code         85284
    Country             US
    Phone               +1.4806242599
    Fax                 +1.4806242598
    Email               Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=diethugs.com

Technical Contact Information:
    Name                Registration Private
    Organization        Domains By Proxy, LLC
    Address             DomainsByProxy.com
    Address             2155 E Warner Rd
    City                Tempe
    State / Province    Arizona
    Postal Code         85284
    Country             US
    Phone               +1.4806242599
    Fax                 +1.4806242598
    Email               Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=diethugs.com

Information Updated: 2022-07-02 02:22:19
```

### Site Status

| | |
|---|---|
| Status | Active |
| Server Type | nginx |

### Suggested Domains for diethugs.com

| | |
|---|---|
| ☐ die-thugs.live | $2.99 |
| ☐ diethug.live | $2.99 |
| ☐ die-thugs.com | $9.99 |
| ☐ endthugs.com | $9.99 |
| ☐ diebully.com | $9.99 |

Purchase Selected Domains

Transfers | Premium Domains | Web Hosting | Website Builder | Contact Us | FAQs | Terms of Service