1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  AMAZON.COM INC., et al.,

9                              Plaintiffs,

10          v.

11  SIDESK, et al.,

12                              Defendants.

CASE NO. C23-485-JHC-BAT

**ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR
EXPEDITED DISCOVERY**

13        Plaintiffs move for expedited discovery. Dkt. 13. Having considered the motion,

14  supporting declarations, and the governing law, the Court **GRANTS** Plaintiffs' motion for

15  expedited discovery. **Dkt. 13**. The Court therefore **ORDERS**:

16        1.  Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve Rule 45

17            subpoenas to obtain information regarding Defendants' true identities, locations, and

18            the scope of the alleged counterfeiting scheme from (a) Wells Fargo Bank, N.A.; (b)

19            PingPong Global Solutions Inc.; and (c) any email service providers that are linked

20            with the Defendants. To the extent Plaintiffs identify additional third parties in

21            subpoena responses as having responsive information related to the identity or

22            location of Defendants or other bad actors responsible for the fraudulent takedown

23

ORDER GRANTING PLAINTIFFS' EX
PARTE MOTION FOR EXPEDITED
DISCOVERY - 1

scheme alleged in the Complaint, Plaintiffs will seek leave from the Court to serve additional Rule 45 subpoenas on those third parties.

2. Within **90 days** of the date this Order is signed, Plaintiffs shall file: (a) an affidavit proving service; (b) a motion for alternative service; and/or (c) a motion requesting an extension of the time to serve, setting forth all efforts taken over the last 90 days to serve defendants and when Plaintiffs expect to complete service.

3. Nothing in this Order shall be construed to prevent Plaintiffs from taking these actions earlier than required.

4. Plaintiffs are still expected to comply with District Judge Chun's order (Dkt. 12) to submit a status report by November 22, 2023, or to show cause by the same date why this action should not be dismissed based on Plaintiffs' failure to complete service in accordance with Federal Rule of Civil Procedure 4.

DATED this 12th day of September, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS' EX
PARTE MOTION FOR EXPEDITED
DISCOVERY - 2