UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>SIDESK, et al.,<br><br>                    Defendants. | CASE NO. C23-485-JHC-BAT<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR AN ADDITIONAL 120 DAYS TO CONDUCT THIRD-PARTY DISCOVERY AND TO SERVE DEFENDANTS** |

In their status report, Plaintiffs request additional time to conduct third-party discovery and attempt service on Defendants. **Dkt. 19.** The Court finds that Plaintiffs have demonstrated diligence in investigating third parties that may have information that could assist with identifying Defendants and have demonstrated good cause for extending the time to identify additional third parties with relevant information and to serve Defendants. The Court therefore **ORDERS**:

1. Plaintiffs are granted an additional **120 days** from the date of this Order to conduct further investigation efforts and seek information from additional third parties that are linked with defendants. Plaintiffs may request leave from the Court to serve additional Rule 45 subpoenas on those third parties.

ORDER GRANTING PLAINTIFFS'
REQUEST FOR AN ADDITIONAL 120 DAYS
TO CONDUCT THIRD-PARTY DISCOVERY
AND TO SERVE DEFENDANTS - 1

2. Within **120 days**, Plaintiffs shall file: (a) an affidavit proving service; (b) a motion for alternative service; (c) a motion requesting an extension of the time to serve, setting forth all efforts taken over the last 120 days to serve defendants and when Plaintiffs expect to complete service; and/or (d) a statement showing cause why this action should not be dismissed based on Plaintiffs' failure to complete service in accordance with Federal Rule of Civil Procedure 4.

3. This Order hereby modifies the dates set forth in the Order dated September 12, 2023. **Dkt. 18.** Nothing in this Order shall be construed to prevent Plaintiffs from taking these actions earlier than required.

DATED this 20th day of November, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS'
REQUEST FOR AN ADDITIONAL 120 DAYS
TO CONDUCT THIRD-PARTY DISCOVERY
AND TO SERVE DEFENDANTS - 2