The Honorable John H. Chun
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and entities doing business as the Amazon Brand Registry Account SIDESK; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00485-JHC-BAT<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF DEADLINES** |

THIS MATTER came before the Court on the request by Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Plaintiffs") to extend the deadline by 60 days to (1) complete its investigation and file an Amended Complaint, and (2) either file a motion for alternative service, or file a status report informing the Court of Amazon's effort to serve a foreign defendant through the Hague Convention. The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs' request to extend these deadlines.

ORDER GRANTING PLAINTIFFS'
REQUEST FOR EXTENSION OF DEADLINES - 1
(2:23-cv-00485-JHC-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

SO ORDERED this 19th day of March, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS'
REQUEST FOR EXTENSION OF DEADLINES - 2
(2:23-cv-00485-JHC-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax