The Honorable John H. Chun
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and entities doing business as the Amazon Brand Registry Account SIDESK; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00485-JHC-BAT<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Amazon.com, Inc., and Amazon.com Services LLC hereby dismiss without prejudice all claims asserted in this action against the individuals and entities doing business as the Amazon Brand Registry Account SIDESK, and Does 1-10 (collectively "Defendants"). Because Defendants have neither answered the operative Complaint nor served a motion for summary judgment or otherwise appeared in this action, voluntary dismissal by notice is appropriate under Fed. R. Civ. P. 41(a)(1)(A)(i).

NOTICE OF DISMISSAL - 1
(2:23-cv-00485-JHC-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    DATED this 15th day of May, 2024.

2                                           DAVIS WRIGHT TREMAINE LLP
                                            *Attorneys for Plaintiffs*
3

4                                           *s/ Scott Commerson*
                                            Scott Commerson, WSBA #58085
5                                           865 South Figueroa Street, Suite 2400
                                            Los Angeles, CA 90017-2566
6                                           Tel: (213) 633-6800
                                            Fax: (213) 633-6899
7                                           Email: scottcommerson@dwt.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF DISMISSAL - 2
(2:23-cv-00485-JHC-BAT)